

**B.J. Walker, Commissioner**

Department of Human Resources • Office of Financial Services •Two Peachtree Street, NW • Suite 26.266
• Atlanta, Georgia 30303-3142 • Phone: 404-656-4375 • Fax: 404-657-9713

*Filed in U.S. Bankruptcy Court, Atlanta, Georgia  MAY 2 6 2005  W. Yvonne Evans, Clerk  By: _____ Deputy Clerk*

*Received in U.S. Bankruptcy Court, Atlanta, Georgia  MAY 1 9 2005  W. Yvonne Evans, Clerk  By: _____ Deputy Clerk*

Date:    April 7, 2005

From:    DHR PAYROLL

Re:      Dennis Austin Hamilton
         SSN: 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
         Case No: 05-65555-reb

To Whom It May Concern:

We are unable to comply with your court order at this time for one or more of the following reasons.

_____    Social Security Number.

_____    Social Security number was incorrect.

__X__    Unable to identify Employee in our record.

_____    Employee transferred to a different department.

_____    Employee terminated employment effective _____.

__X__    Never employed by the Department of Human Resources.

_____    More information required to identify employee.

_____    Other.

If you have any further comments or questions please contact our payroll department at 404-656-4375 or 404-656-0971.

Sincerely,

*[signature]*

Phong Tran
Office of Financial Services,
Payroll Section

An Equal Opportunity Employer

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (9/97)                                     Case Number 05-65555-reb

# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/25/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

| Debtor(s) (name(s) and address):<br>Dennis Austin Hamilton<br>1210 Gettysburg Place<br>Atlanta, Ga 30350 | |
|---|---|
| Case Number: 05-65555-reb<br>Judge: Robert Brizendine<br><br>The entire case number, including judge initials, is required on all papers filed with the court. | Social Security/Taxpayer ID Nos.:<br>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 |
| Attorney for Debtor(s) (name and address):<br>Steven R. Jacob<br>Steven R. Jacob<br>555 North Point Center East<br>4th Floor<br>Alpharetta, GA 30022<br>Telephone number: 678-624-0811 | Bankruptcy Trustee (name and address):<br>Harry W. Pettigrew<br>Pettigrew & Associates, P.C.<br>P.O. Box 4030<br>Decatur, GA 30031<br>Telephone number: 404-577-5244 |

### Meeting of Creditors:

Date: **May 4, 2005**       Time: **11:00 AM**
Location: **Room 368, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 7/5/05**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office:<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br><br>Telephone number: 404-215-1000 | For the Court:<br>Clerk of the Bankruptcy Court:<br>W. Yvonne Evans |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 3/25/05 |

RECEIVED MAR 31 2005

PERSONNEL OFFICE
GA Regional Hospital at Atlanta

044841